IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:13-CV-46 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant's Motion for Sanctions. (Doc. 17.) The Magistrate Judge recommended that the Court grant the motion (Doc. 24) and ultimately awarded monetary sanctions against the plaintiff in the amount of $22,900. (Doc. 37.) The plaintiff filed timely objections to the amount of the sanction. (Doc. 38.)

The Court has considered the amount of the sanction *de novo* and determines that the amount awarded by the Magistrate Judge is appropriate. The Court affirms and adopts the Magistrate Judge's Recommendation (Doc. 24) and Order (Doc. 37) in full.

It is **ORDERED** that:

1. The defendant's Motion for Sanctions (Doc. 17) is **GRANTED** for the reasons stated in the Recommendation (Doc. 24) and in the amount found in the Order (Doc. 37) entered by the Magistrate Judge;

2. The plaintiff's objections (Doc. 38) to the Magistrate Judge's Order (Doc. 37) are **OVERRULED**; and

3. Within 120 days, the plaintiff shall pay to the defendant the sum of $22,900 to reimburse the defendant for its reasonable expenses incurred in attempting to conduct additional discovery regarding mitigation of damages and in bringing its motion for sanctions.

This the 29th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE