IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:13-CV-46 |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed June 26, 2014,

It is hereby **ORDERED AND ADJUDGED** that the defendant's Motion for Summary Judgment (Doc. 27) is **GRANTED** and this action is **DISMISSED** with prejudice in favor of the defendant.

This the 16th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE